The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | | Date of Offense |
|---|---|---|---|---|
| WGT | E1650234 | MILLER | | 07/04/2025 |
| **THE CHARGE ON THE VIOLATION NOTICE** | | | | |
| Offense Charged | Offense Description | | | |
| 36CFR2.33(b) | FAILURE TO REPORT ACCIDENT | | | |
| Defendant Name | | | | |
| BLACK, MARTHA J | | | | |
| Initial Court Appearance | | | | |
| MANDATORY - You must appear in court | | | | |
| Court Address | | | | Date/Time |
| US MAGISTRATE JUDGE<br>U.S. COURTHOUSE<br>145 E. SIMPSON<br>JACKSON, WY 83001 | | | | 08/26/2025<br>09:00 AM |